Nicholas Tate for use of Regal Radio Manufacturing Company, Inc., appellant, v. Daniel Burkhartsmeier Cooperage Company, appellee. Gen. No. 38,702.

Opinion filed December 9, 1936.

Clarence A. Samuel, for appellant. Campbell, Clithero & Fischer, for appellee; R. D. Thomason and George W. Pierce, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

Chicago Title and Trust Company, appellant, v. Gertrude Blanksten et al., appellees. Gen. No. 38,419.

Opinion filed December 30, 1936.

Rosenberg, Toomin & Stein and A. Edmund Peterson, for appellant; M. A. Gordon, of counsel. David Paley, for certain appellee.

Mr. Presiding Justice John J. Sullivan delivered the opinion of the court.

Samuel Skolnick, appellee, v. Eddie South, appellant. Gen. No. 38,755.

Opinion filed December 30, 1936.

Alva L. Bates, for appellant. Wilhartz, Hirsch & Schanfarber, for appellee.

Mr. Presiding Justice John J. Sullivan delivered the opinion of the court.

August A. Zavadil, appellee, v. Forrest H. Norris, executor of the estate of Albina P. Norris, deceased, appellant. Gen. No. 38,788.

Opinion filed December 30, 1936. Rehearing denied January 12, 1937.

Walter Hamilton, for appellant. J. H. Silver, for appellee.

Mr. Presiding Justice John J. Sullivan delivered the opinion of the court.